746 A.2d 451

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. OSCAR M. SANDERS, DEFENDANT–RESPONDENT.

Argued February 14, 2000—Decided March 8, 2000.

*Daniel I. Bornstein,* Deputy Attorney General, argued the cause for appellant (*John J. Farmer, Jr.,* Attorney General of New Jersey, attorney).

*Alison Stanton Perrone,* Assistant Deputy Public Defender, argued the cause for respondent (*Ivelisse Torres,* Public Defender, attorney).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Kleiner's majority opinion, reported at 320 *N.J.Super.* 574, 727 *A.*2d 1063 (1999).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, STEIN, COLEMAN, LONG, VERNIERO and LaVECCHIA—7.

*Opposed*—None.